CLEMENT v. WILSON. (Circuit Court of Appeals, Second Circuit. May 10, 1907.) No. 281. In Error to the Circuit Court of the United States for the District of Vermont. Alexander Dunnett and Wm. B. C. Stickney, for plaintiff in error. Max L. Powell, for defendant in error. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Judgment affirmed. See 126 Fed. 808.